26 So.3d 700 (2010)
E.C.J. INVESTMENTS, INC., Appellant,
v.
The MONARCH GROVE CONDOMINIUM ASSOCIATION, INC., Appellee.
No. 3D09-815.
District Court of Appeal of Florida, Third District.
February 3, 2010.
Charles L. Neustein, Miami Beach, for appellant.
Becker & Poliakoff and Lilliana M. Farinas-Sabogal, Coral Gables, for appellee.
Before WELLS, CORTIÑAS, and SALTER, JJ.
PER CURIAM.
Affirmed. See Barco Holdings, LLC v. Terminal Inv. Corp., 967 So.2d 281, 287-89 (Fla. 3d DCA 2007).